No. 03–10172. COLEMAN *v.* PLILER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–10174. YOUNG *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–10178. FRAZIER *v.* MITCHELL ET AL. C. A. 6th Cir. Certiorari denied.

No. 03–10179. ASHE *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–10180. ROCHA *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 03–10183. ROBINSON *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 03–10184. SENATOR *v.* VALADEZ, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–10189. GARDNER *v.* HERNANDEZ, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–10192. GREEN *v.* JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 03–10197. INGUAGGIATO *v.* SMITH, SUPERINTENDENT, SHAWANGUNK CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 03–10200. CASHION, AS EXECUTRIX OF THE ESTATE OF SMITH, DECEASED *v.* TORBERT ET AL. Sup. Ct. Ala. Certiorari denied.

No. 03–10201. HELWIG *v.* KAPTURE. C. A. 6th Cir. Certiorari denied.

No. 03–10202. GLOVER *v.* TEXAS BOARD OF PARDONS AND PAROLES ET AL. C. A. 5th Cir. Certiorari denied.

No. 03–10204. GAITHER *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.